

NOV 30 2005

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CSC HOLDINGS, INC.,

                       Plaintiff,

  -against-

ERNEST ALMONOR, *Individually doing business
as* Best Systems *also known as* Best Systems Tech,
et al.,

                       Defendants.
----------------------------------------------------------------X

JUDGMENT
05-CV- 1487 (JG)

       An Order of Honorable John Gleeson, United States District Judge, having been filed on November 21, 2005, granting plaintiff's motion for a default judgment pursuant to the agreement of the settlement entered on May 12, 2005; directing the Clerk of Court to enter judgment for the plaintiff in the amount of $49,000.00; ordering that as stated on the record at the hearing, the entry of judgment is without prejudice to a motion by the defendant, made within a reasonable time of this order, to reduce the amount of damages on the ground that the liquidated damages provision in the settlement agreement is an unenforceable penalty; and directing that plaintiff shall provide the defendant with a transcript of today's hearing; it is

JUDGMENT
05CV1487 (JG)

ORDERED and ADJUDGED that plaintiff's motion for a default judgment is granted pursuant to the agreement of the settlement entered on May 12, 2005; that judgment is hereby entered in favor of plaintiff, CSC Holdings, Inc., and against defendant, Ernest Almonor, *Individually doing business as* Best Systems *also known as* Best Systems Tech, in the amount of $49,000.00; that as stated on the record at the hearing, the entry of judgment is without prejudice to a motion by the defendant, made within a reasonable time of this order, to reduce the amount of damages on the ground that the liquidated damages provision in the settlement agreement is an unenforceable penalty.

Dated: Brooklyn, New York
       November 22, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court